**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: DOUGH GROUP, L.L.C. | § | Case No. 09-43049 |
| | § | |
| PIZZA, JIMANO'S | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

  1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 13, 2009.  The undersigned trustee was appointed on *bad date*.

  2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

  3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

  4.  The trustee realized the gross receipts of         $          11,305.92

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 21.85 |
| Bank service fees | 375.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,909.07 |

The remaining funds are available for distribution.

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/09/2010 and the deadline for filing governmental claims was 05/12/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,880.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,880.59, for a total compensation of $1,880.59.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2012         By:/s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-43049  
Case Name: DOUGH GROUP, L.L.C.  

Period Ending: 11/27/12

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 11/13/09 (f)  
§341(a) Meeting Date: 12/14/09  
Claims Bar Date: 07/09/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Parking Lot, Lot 49 in Hillview Subdivision, Ric<br>   Orig. Asset Memo: Parking Lot, Lot 49 in Hillview Subdivision, Richmond, Il 60071;Orig. Description: Parking Lot, Lot 49 in Hillview Subdivision, Richmond, Il 60071; Imported from original petition Doc# 1  (See Footnote) | 51,900.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Associated Bank<br>   Orig. Asset Memo: Checking Account Associated Bank;Orig. Description: Checking Account Associated Bank; Imported from original petition Doc# 1  (See Footnote) | 200.00 | 200.00 | | 0.00 | FA |
| 3 | Resturant Equipment/Furniture/Electric Range/Lan<br>   Orig. Asset Memo: Resturant Equipment/Furniture/Electric Range/Land/Software/Leasehold Imp.;Orig. Description: Resturant Equipment/Furniture/Electric Range/Land/Software/Leasehold Imp.; Imported from original petition Doc# 1 | 148,737.00 | 148,737.00 | | 11,303.65 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.27 | Unknown |
| 4 | Assets    Totals (Excluding unknown values) | $200,837.00 | $148,937.00 | | $11,305.92 | $0.00 |

RE PROP# 1     Parking Lot was not property of the Estate at the time of filing.  In reviewing the legal documents in connection with the sale, the property was lost to the Estate prior to the filing of the bankruptcy.

RE PROP# 2     The Trustee has made demand for accounting on funds.

**Major Activities Affecting Case Closing:**

   STATUS:  THE TRUSTEE SOLD ASSETS OF THE DEBTOR AND HAD TO UNTANGLE MISINFORMATION REGARDING A VACANT PARCEL OF  LAND THAT WAS INCORRECTLY SCHEDULED.  SHE HAS ACCOMPLISHED ALL THIS AND  HIRED AN  ACCOUNTANT . THE DEBTOR IS NOT COOPERATING IN PROVIDING TAX INFORMATION. IN ADDITION THE TRUSTEE IS  PREPARING OBJECTIONS TO CLAIMS AND CLOSING THE ESTATE.

Initial Projected Date Of Final Report (TFR):     October 31, 2010          Current Projected Date Of Final Report (TFR):     September 30, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-43049  
Case Name: DOUGH GROUP, L.L.C.  

Taxpayer ID #: **-***9641  
Period Ending: 11/27/12  

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******59-65 - Checking Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/10 | {3} | Heritage Title | Sale of Assets | 1129-000 | 11,303.65 | | 11,303.65 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.08 | | 11,303.73 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.67 | | 11,304.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.49 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.67 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.85 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premium Voided on 02/04/11 | 2300-000 | | ! 29.79 | 11,275.06 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premium Voided: check issued on 02/04/11 | 2300-000 | | ! -29.79 | 11,304.85 |
| 02/04/11 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premiums | 2300-000 | | 11.27 | 11,293.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,293.66 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.75 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.93 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.20 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.30 | 11,267.90 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.30 | 11,269.20 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,269.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,244.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,244.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,219.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,219.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,194.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,194.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,169.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,169.65 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,144.65 |
| 02/15/12 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE | 2300-000 | | 10.58 | 11,134.07 |

Subtotals:  $11,305.92    $171.85

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 11/27/2012 04:14 PM    V.13.04

Case 09-43049    Doc 19    Filed 12/12/12    Entered 12/12/12 11:20:44    Desc Main
Document    Page 5 of 8

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-43049 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | DOUGH GROUP, L.L.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-65 - Checking Account |
| Taxpayer ID #: | **-***9641 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/27/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #09-43049, 2012-2013 Bond Premium | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,109.07 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,084.07 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,059.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,034.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,009.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,984.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,959.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,934.07 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,909.07 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 11,305.92 | 396.85 | $10,909.07 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 11,305.92 | 396.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11,305.92 | $396.85 | |

| Net Receipts : | 11,305.92 |
|---|---|
| Net Estate : | $11,305.92 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******59-65 | 11,305.92 | 396.85 | 10,909.07 |
| | $11,305.92 | $396.85 | $10,909.07 |

{} Asset reference(s)    Printed: 11/27/2012 04:14 PM    V.13.04

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-43049
Case Name: DOUGH GROUP, L.L.C.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 10,909.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,909.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,880.59 | 0.00 | 1,880.59 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,500.00 | 0.00 | 4,500.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 164.96 | 0.00 | 164.96 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 1,017.50 | 0.00 | 1,017.50 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 82.00 | 0.00 | 82.00 |

Total to be paid for chapter 7 administration expenses: $ 7,645.05
Remaining balance: $ 3,264.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,264.02

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $15,026.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 381.93 | 0.00 | 82.96 |
| 3P | Department of the Treasury | 5,954.60 | 0.00 | 1,293.42 |
| 7P | Illinois Department of Revenue | 8,690.24 | 0.00 | 1,887.64 |

Total to be paid for priority claims: $ 3,264.02

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,555.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |
| 2 | CO4OR | 312.50 | 0.00 | 0.00 |
| 3U | Department of the Treasury | 2,171.91 | 0.00 | 0.00 |
| 4 | Charter Communications | 67.99 | 0.00 | 0.00 |
| 5 | Domestic Linen Supply Co Inc | 2,569.35 | 0.00 | 0.00 |
| 6 | Superior Knife | 36.00 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 947.57 | 0.00 | 0.00 |
| 8 | Frontier Bankruptcy | 350.09 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**