**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   DOUGH GROUP, L.L.C.           §   Case No. 09-43049
         PIZZA, JIMANO'S                §
                                        §
Debtor(s)                              §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 South Dearborn Street, Room 710
     Chicago, IL 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on **01/11/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/27/2012            By:    /s/ Ilene F. Goldstein
                                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: DOUGH GROUP, L.L.C. § | Case No. 09-43049 |
| § | |
| PIZZA, JIMANO'S § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 11,305.92 |
| *and approved disbursements of* | $ 396.85 |
| *leaving a balance on hand of* [1] | $ 10,909.07 |
| **Balance on hand:** | $ 10,909.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,909.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,880.59 | 0.00 | 1,880.59 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,500.00 | 0.00 | 4,500.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 164.96 | 0.00 | 164.96 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 1,017.50 | 0.00 | 1,017.50 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 82.00 | 0.00 | 82.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 7,645.05 |
| Remaining balance: | $ 3,264.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,264.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,026.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 381.93 | 0.00 | 82.96 |
| 3P | Department of the Treasury | 5,954.60 | 0.00 | 1,293.42 |
| 7P | Illinois Department of Revenue | 8,690.24 | 0.00 | 1,887.64 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,264.02 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,555.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |
| 2 | CO4OR | 312.50 | 0.00 | 0.00 |
| 3U | Department of the Treasury | 2,171.91 | 0.00 | 0.00 |
| 4 | Charter Communications | 67.99 | 0.00 | 0.00 |
| 5 | Domestic Linen Supply Co Inc | 2,569.35 | 0.00 | 0.00 |
| 6 | Superior Knife | 36.00 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 947.57 | 0.00 | 0.00 |
| 8 | Frontier Bankruptcy | 350.09 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-43049-ABG
Dough Group, LLC                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 3             Date Rcvd: Dec 13, 2012
                               Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2012.
```
db          #+Dough Group, LLC,    10004 Main Street,    Richmond, IL 60071-9436
14720483      AT&T,    PO Box 660835,    Dallas, TX 75266-0835
14720484     +Bank of America,    PO Box 61000,    San Francisco, CA 94161-0001
14720485      Blackman Kallick,    2796 Eagle Way,    Chicago, IL 60678-1279
14720487     +CO4OR,    28100 Ashley Circle Suite 107,    Libertyville, IL 60048-9478
14720490     +Dex,    Attn: Customer Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
14720491      Directtv,    PO Box 60036,    Los Angeles, CA 90060-0036
15526282     +Domestic Linen Supply Co Inc,    30555 Northwestern Highway,    Suite 300 Attn: M Colton,
               Farmington Hills Michigan 48334-3160
14720492     +Domestic Uniform Rental,    4131 Ravenswood,    Chicago, IL 60613-1888
14720493      Exelon Energy, Inc.,    21425 Network Place,    Chicago, IL 60673-1214
14720494     +Filter Brite,    3851 Clearview Court,    Suite D,    Gurnee, IL 60031-1247
14720495     +Fox Valley Fire & Safety,    2730 Pinnacle Drive,    Elgin, IL 60124-7943
14720496      Gonella Baking Co,    3758 Eagle Way,    Chicago, IL 60678-1027
14720497     +Gonnella,    2006 W Erie Street,    Chicago, IL 60612-1318
14720498     +Huemann Water Conditioning,    3607 N Chapel Hill Road,    Johnsburg, IL 60051-2583
14720499     +Illinois Casualty Company,    225 20th Street,    Rock Island, IL 61201-8810
14720500      Illinois Department of Employment S,    PO Box 19300,    Springfield, IL 62794-9300
14842000     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15567393      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14720501      Illinois Department of Revenue,    PO box 19006,    Springfield, IL 62794-9006
14720506     +Jayson M Colton,    30555 Northwestern Hwy, Suite 300,    Farmington, MI 48334-3160
14720507      Joseph L Miller,    5917A North Spring Grove Road,    Grayslake, IL 60030
14720508     +Joseph Miller,    5917 A North Spring Grove Road,    McHenry, IL 60051-6217
14720511     +Lake Forest ER,    75 Remittance Drive, Suite 1951,    Chicago, IL 60675-1951
14720513     +Lake Forest Hospital,    660 N. Westmoreland Rd.,    Lake Forest, IL 60045-1696
14720512     +Lake Forest Hospital,    75 Remittance Drive, Suite 1834,    Chicago, IL 60675-1834
14720514     +Margaret May,    IC Melissa May,    2125 West Lunt Ave,    Chicago, IL 60645-4815
14720515     +Margaret May,    c/o Melissa May,    2125 West Lunt Ave.,    Chicago, IL 60645-4815
14720516     +Margaret May Trust,    The Waterford,    603 Universe Blvd, Apt. G218,    Juno, FL 33408-2447
14720517    #+Medcor, Inc,    4805 W Prime Parkway,    McHenry, IL 60050-7002
14720520     +Northeastern Illinois Land Manageme,    11475 Commercial Ave,    Suite 14,
               Richmond, IL 60071-9109
14720521      Pepsi Americas,    75 Remittance Drive,    Suite 1884,    Chicago, IL 60675-1884
14720522     +Superior Knife,    8120 N Central park,    Skokie, IL 60076-2907
14720523     +The Chaet Kaplan Baim Firm,    30 North LaSalle Street,    Suite 1520,    Chicago, IL 60602-3387
14720524     +US Energy Savings Corp,    200 South Monroe Ave,    Green Bay, WI 54301-4059
14720525      US Energy Savings Corp,    PO Box 1654,    Green Bay, WI 54305-1654
14720527     +Village of Richmond,    5600 Hunter Drive,    Richmond, IL 60071-9408
14720528     +Waste Management,    Attn Billing Dept,    1411 Opus Place, Ste 400,    Downers Grove, IL 60515-1481
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14720486     +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Dec 14 2012 02:49:26      Charter Communications,
               165 Knights Way,    Suite 100,    Fond Du LAC, WI 54935-8061
14720489      E-mail/Text: legalcollections@comed.com Dec 14 2012 02:34:50      Commonwealth Edison,
               PO Box 6111,    Carol Stream, IL 60197-6111
14720488      E-mail/Text: legalcollections@comed.com Dec 14 2012 02:34:50      Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
15832401     +E-mail/Text: bankruptcynotification@frontiercorp.com Dec 14 2012 02:35:52      Frontier Bankruptcy,
               P O Box 407,    Westfield, IN 46074-0407
14720505      E-mail/Text: cio.bncmail@irs.gov Dec 14 2012 02:29:49      Internal Revenue Service,
               PO Box 804521,    Cincinnati, OH 45280-4521
14720504      E-mail/Text: cio.bncmail@irs.gov Dec 14 2012 02:29:49      Internal Revenue Service,
               PO Box 804522,    Cincinnati, OH 45280-4522
14720503      E-mail/Text: cio.bncmail@irs.gov Dec 14 2012 02:29:49      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114
14720519      E-mail/Text: bankrup@nicor.com Dec 14 2012 02:06:30      Nicor Gas,    PO Box 0632,
               Aurora, IL 60507-0632
14720518      E-mail/Text: bankrup@nicor.com Dec 14 2012 02:06:29      Nicor Gas,    ALL MAIL GOES TO,
               Bankruptcy Dept. PO Box 190,    Aurora, IL 60507-0190
14720526      E-mail/PDF: bankruptcyverizoncom@afni.com Dec 14 2012 02:44:39      Verizon,    PO Box 9688,
               Mission Hills, CA 91346-9688
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14842826*    +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14720502    ##+Indoor Environmental Technologies,    720 Heartland Drive,    Sugar Grove, IL 60554-9878
14720509    ##+JP Operations,    1790 Nations Drive,    Suite 213,    Gurnee, IL 60031-9176
14720510     ##Kelli A Gillen,    1915 Country Drive,    Apt. 202,    Grayslake, IL 60030-3129
                                                                                  TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: nmolina              Page 2 of 3              Date Rcvd: Dec 13, 2012
                               Form ID: pdf006            Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**                        **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: nmolina              Page 3 of 3                  Date Rcvd: Dec 13, 2012
                               Form ID: pdf006           Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2012 at the address(es) listed below:
        David M Siegel   on behalf of Debtor   Dough Group, LLC davidsiegellaw@hotmail.com,
         davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
        Ilene F Goldstein   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
        Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
         IL35@ecfcbis.com
        Ilene F Goldstein, ESQ   ifgcourt@aol.com,   IL35@ecfcbis.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                                      TOTAL: 5