**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: DOUGH GROUP, L.L.C.              § Case No. 09-43049
                                        §
         PIZZA, JIMANO'S                §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $52,100.00                  Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,264.02    Claims Discharged
                                              Without Payment: $18,318.16

Total Expenses of Administration: $8,041.90

---

  3) Total gross receipts of $ 11,305.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,305.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,477.20 | 8,041.90 | 8,041.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 15,026.77 | 15,026.77 | 3,264.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,555.41 | 6,555.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,059.38 | $29,624.08 | $11,305.92 |

4) This case was originally filed under Chapter 7 on November 13, 2009. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2013          By: /s/ILENE F. GOLDSTEIN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Resturant Equipment/Furniture/Electric Range/Lan | 1129-000 | 11,303.65 |
| Interest Income | 1270-000 | 2.27 |
| **TOTAL GROSS RECEIPTS** | | **$11,305.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,880.59 | 1,880.59 | 1,880.59 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 5,935.30 | 4,500.00 | 4,500.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 164.96 | 164.96 | 164.96 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 1,017.50 | 1,017.50 | 1,017.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Jodi E. Gimbel, P.C. | 3420-000 | N/A | 82.00 | 82.00 | 82.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 11.27 | 11.27 | 11.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.58 | 10.58 | 10.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,477.20** | **$8,041.90** | **$8,041.90** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 381.93 | 381.93 | 82.96 |
| 3P | Department of the Treasury | 5800-000 | N/A | 5,954.60 | 5,954.60 | 1,293.42 |
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 8,690.24 | 8,690.24 | 1,887.64 |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-43049 Doc 30 Filed 04/22/13 Entered 04/22/13 15:14:46 Desc Main
Document Page 5 of 10

| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $15,026.77 | $15,026.77 | $3,264.02 |
|---|---|---|---|---|---|---|

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| 2 | CO4OR | 7100-000 | N/A | 312.50 | 312.50 | 0.00 |
| 3U | Department of the Treasury | 7100-000 | N/A | 2,171.91 | 2,171.91 | 0.00 |
| 4 | Charter Communications | 7100-000 | N/A | 67.99 | 67.99 | 0.00 |
| 5 | Domestic Linen Supply Co Inc | 7100-000 | N/A | 2,569.35 | 2,569.35 | 0.00 |
| 6 | Superior Knife | 7100-000 | N/A | 36.00 | 36.00 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 947.57 | 947.57 | 0.00 |
| 8 | Frontier Bankruptcy | 7100-000 | N/A | 350.09 | 350.09 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,555.41 | $6,555.41 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-43049  
**Case Name:** DOUGH GROUP, L.L.C.  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/14/09  

**Period Ending:** 04/10/13  
**Claims Bar Date:** 07/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Parking Lot, Lot 49 in Hillview Subdivision, Ric  Orig. Asset Memo: Parking Lot, Lot 49 in Hillview Subdivision, Richmond, Il 60071;Orig. Description: Parking Lot, Lot 49 in Hillview Subdivision, Richmond, Il 60071; Imported from original petition Doc# 1  (See Footnote) | 51,900.00 | 0.00 | | 0.00 | FA |
| 2   Checking Account Associated Bank  Orig. Asset Memo: Checking Account Associated Bank;Orig. Description: Checking Account Associated Bank; Imported from original petition Doc# 1  (See Footnote) | 200.00 | 200.00 | | 0.00 | FA |
| 3   Resturant Equipment/Furniture/Electric Range/Lan  Orig. Asset Memo: Resturant Equipment/Furniture/Electric Range/Land/Software/Leasehold Imp.;Orig. Description: Resturant Equipment/Furniture/Electric Range/Land/Software/Leasehold Imp.; Imported from original petition Doc# 1 | 148,737.00 | 148,737.00 | | 11,303.65 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 2.27 | FA |
| **4   Assets   Totals** (Excluding unknown values) | **$200,837.00** | **$148,937.00** | | **$11,305.92** | **$0.00** |

RE PROP# 1    Parking Lot was not property of the Estate at the time of filing.  In reviewing the legal documents in connection with the sale, the property was lost to the Estate prior to the filing of the bankruptcy.

RE PROP# 2    The Trustee has made demand for accounting on funds.

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee filed her Final Report and the Final Hearing on compensation was held on December 21, 2012.  The Trustee is waiting for a zero bank balance and will file her Final Account.

The Trustee expects this case to be closed by April 30, 2013.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43049  
**Case Name:** DOUGH GROUP, L.L.C.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/14/09  

**Period Ending:** 04/10/13  
**Claims Bar Date:** 07/09/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 31, 2010  **Current Projected Date Of Final Report (TFR):** December 12, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-43049 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | DOUGH GROUP, L.L.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-65 - Checking Account |
| Taxpayer ID #: | **-***9641 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/10 | {3} | Heritage Title | Sale of Assets | 1129-000 | 11,303.65 | | 11,303.65 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.08 | | 11,303.73 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.67 | | 11,304.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.49 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.67 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,304.85 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premium Voided on 02/04/11 | 2300-000 | | ! 29.79 | 11,275.06 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premium Voided: check issued on 02/04/11 | 2300-000 | | ! -29.79 | 11,304.85 |
| 02/04/11 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #09-43049, Bond Premiums | 2300-000 | | 11.27 | 11,293.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,293.66 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.75 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,293.93 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,294.20 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.30 | 11,267.90 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.30 | 11,269.20 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,269.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,244.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,244.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,219.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,219.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,194.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,194.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,169.56 |

Subtotals :   $11,305.83   $136.27

{} Asset reference(s)            !-Not printed or not transmitted            Printed: 04/10/2013 10:35 AM   V.13.13

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-43049  
**Case Name:** DOUGH GROUP, L.L.C.  

**Taxpayer ID #:** **-***9641  
**Period Ending:** 04/10/13  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******59-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,169.65 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,144.65 |
| 02/15/12 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #09-43049, 2012-2013 Bond Premium | 2300-000 | | 10.58 | 11,134.07 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,109.07 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,084.07 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,059.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,034.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,009.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,984.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,959.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,934.07 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,909.07 |
| 01/11/13 | 1004 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,880.59, Trustee Compensation; Reference: | 2100-000 | | 1,880.59 | 9,028.48 |
| 01/11/13 | 1005 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,017.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,017.50 | 8,010.98 |
| 01/11/13 | 1006 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $82.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 82.00 | 7,928.98 |
| 01/11/13 | 1007 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,500.00 | 3,428.98 |
| 01/11/13 | 1008 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $164.96, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 164.96 | 3,264.02 |
| 01/11/13 | 1009 | Illinois Department of Employment Security | Dividend paid 21.72% on $381.93; Claim# 1P; Filed: $381.93; Reference: | 5800-000 | | 82.96 | 3,181.06 |
| 01/11/13 | 1010 | Department of the Treasury | Dividend paid 21.72% on $5,954.60; Claim# 3P; Filed: $5,954.60; Reference: | 5800-000 | | 1,293.42 | 1,887.64 |
| 01/11/13 | 1011 | Illinois Department of Revenue | Dividend paid 21.72% on $8,690.24; Claim# 7P; Filed: $8,690.24; Reference: | 5800-000 | | 1,887.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,305.92 | 11,305.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,305.92 | 11,305.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,305.92** | **$11,305.92** | |

{} Asset reference(s)

Printed: 04/10/2013 10:35 AM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-43049 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| Case Name: | DOUGH GROUP, L.L.C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****725665 - Checking Account |
| Taxpayer ID #: | **-***9641 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | | |
| --- | --- | --- |
| Net Receipts : | 11,305.92 | |
| Net Estate : | $11,305.92 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # 9200-******59-65 | 11,305.92 | 11,305.92 | 0.00 |
| Checking # ****725665 | 0.00 | 0.00 | 0.00 |
| | $11,305.92 | $11,305.92 | $0.00 |

{} Asset reference(s)